

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 15, 2025

<u>VIA ECF</u>
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**     <u>*N.Y. Times Co. v. U.S. Off. of Pers. Mgmt.*</u>, **No. 25-cv-04193 (LAK)**

Dear Judge Kaplan:

    This Office represents Defendant U.S. Office of Personnel Management ("OPM" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. We write jointly on behalf of the Government and the New York Times Company ("Plaintiff" or "The Times," and together with the Government, the "Parties") in accordance with the Court's July 31, 2025 Order, ECF No. 10, to provide a status update regarding the Government's response to Plaintiff's FOIA request.

    This case relates to a four-part FOIA request that The Times sent to OPM on March 7, 2025. On August 25, 2025, OPM sent its final response to the FOIA request attaching records responsive to Part 4 of the FOIA Request, and then delivered records responsive to Parts 1, 2, and 3 on August 27, 2025 via file transfer. The Times is in the process of reviewing the Government's response to the FOIA request, and the Parties will advise the Court in the next status report, which is due in 30 days, whether any issues remain in dispute in this matter.

    We thank the Court for its consideration of this letter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By:     <u>s/ *Dominika Tarczynska*</u>
        DOMINIKA TARCZYNSKA
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2748
        E-mail: dominika.tarczynska@usdoj.gov
        *Attorney for Defendant*

cc: Counsel of record (via ECF)