

Jackson Busch
First Amendment Fellow

T 212 556 1244

jackson.busch@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

November 28, 2025

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *N.Y. Times Co. v. U.S. Off. of Pers. Mgmt.*, No. 25-cv-04193 (LAK)

Dear Judge Kaplan:

I represent Plaintiff The New York Times Company ("The Times") in the above-referenced Freedom of Information Act ("FOIA") action. I write jointly on behalf of The Times and Defendant U.S. Office of Personnel Management ("OPM") in accordance with the Court's July 31, 2025 Order, ECF No. 10, to provide an update on this case.

This case relates to a four-part FOIA request that The Times sent to OPM on March 7, 2025. OPM completed its response in August 2025. The parties are now conferring about questions raised by The Times as to the adequacy of the production and certain redactions. The parties will further update the Court in their next status report, which is due in 30 days.

We thank the Court for its consideration of this letter.

Respectfully submitted,

/s/ Jackson Busch
Jackson Busch
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-1244
Email: jackson.busch@nytimes.com

*Counsel for Plaintiff*