

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 29, 2025

VIA ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**     *N.Y. Times Co. v. U.S. Off. of Pers. Mgmt.*, No. 25-cv-04193 (LAK)

Dear Judge Kaplan:

    This Office represents Defendant U.S. Office of Personnel Management ("OPM" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. We write jointly on behalf of the Government and the New York Times Company ("Plaintiff" or "The Times," and together with the Government, the "Parties") in accordance with the Court's July 31, 2025 Order, ECF No. 10, to provide a status update regarding the Government's response to Plaintiff's FOIA request.

    This case relates to a four-part FOIA request that The Times sent to OPM on March 7, 2025. OPM completed its response in August 2025. The parties are continuing to confer about certain questions raised by the Time as to the adequacy of the production and certain redactions. The parties will further update the Court in their next status report, which is due in 30 days.

    We thank the Court for its consideration of this letter.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:    s/ *Dominika Tarczynska*
    DOMINIKA TARCZYNSKA
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2748
    E-mail: dominika.tarczynska@usdoj.gov
    *Attorney for Defendant*

cc: Counsel of record (via ECF)