

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 30, 2026

<u>VIA ECF</u>
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *N.Y. Times Co. v. U.S. Off. of Pers. Mgmt.*, No. 25-cv-04193 (LAK)

Dear Judge Kaplan:

This Office represents Defendant U.S. Office of Personnel Management ("OPM" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. We write jointly on behalf of the Government and the New York Times Company ("Plaintiff" or "The Times," and together with the Government, the "Parties") in accordance with the Court's July 31, 2025, Order, ECF No. 10, to provide a status update regarding the Government's response to Plaintiff's FOIA request.

This case relates to a four-part FOIA request that The Times sent to OPM on March 7, 2025. OPM completed its response in August 2025. Since the filing of the last status report, the parties have reached a tentative agreement that could potentially resolve this matter without further litigation. The parties are continuing settlement discussions and will further update the Court in their next status report, which is due on April 29, 2026.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:      s/ *Dominika Tarczynska*
DOMINIKA TARCZYNSKA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2748
E-mail: dominika.tarczynska@usdoj.gov
*Attorney for Defendant*

cc:  Counsel of record (via ECF)