

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 29, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/3  /2026

VIA ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *N.Y. Times Co. v. U.S. Off. of Pers. Mgmt.*, No. 25-cv-04193 (LAK)

Dear Judge Kaplan:

This Office represents defendant U.S. Office of Personnel Management ("OPM"), in the above above-referenced Freedom of Information Act ("FOIA") action. I write to respectfully request a two-week extension, from June 29, 2026, to July 13, 2026, to submit the Parties' joint status report.

The reason for this request is that OPM agency counsel recently retired, and I am still in the process of identifying the OPM attorney who has replaced him in handling this matter so that I can obtain an update and answer questions raised by Plaintiff concerning OPM's most recent production. Plaintiff consents to this requested extension. I apologize for the late submission of this extension request; I had been hoping to have a new contact at OPM and to be able to obtain the necessary information today.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

**GRANTED**

SO ORDERED

LEWIS A. KAPLAN, USDJ
Dated: June 30, 2026

By:    *s/ Dominika Tarczynska*
       DOMINIKA TARCZYNSKA
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2748
       E-mail: dominika.tarczynska@usdoj.gov
       *Attorney for Defendant*

cc:  Counsel of record (via ECF)