Case 1:25-cv-04193-LAK Document 26 Filed 09/01/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 09/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

Plaintiff,

v.

U.S. OFFICE OF PERSONNEL MANAGEMENT,

Defendant.

25-cv-4193 (LAK)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on or about May 19, 2025, Plaintiff The New York Times Company ("Plaintiff") filed this suit in the United States District Court for the Southern District of New York pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in connection with a FOIA request dated March 7, 2025, that it submitted to Defendant United States Office of Personnel Management ("OPM");

WHEREAS, following the filing of this action, OPM released data and documents in response to Plaintiff's FOIA request on August 25, 2025, August 27, 2025, April 24, 2026, and August 14, 2026; and

WHEREAS Plaintiff has reviewed the produced data and determined that it will not be challenging any withholdings from the records produced, and now wishes to voluntarily discontinue this action.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

The Complaint shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without costs and without attorneys' fees or conferral of prevailing party status pursuant to FOIA or any other federal statute.

Case 1:25-cv-04193-LAK Document 26 Filed 09/01/26 Page 2 of 2

Nothing in this Stipulation affects, or shall be construed to affect, the rights of Plaintiff to pursue further release of information or documents from OPM or any other agency through other FOIA requests.

Dated: New York, NY
September 1, 2026

THE NEW YORK TIMES COMPANY

By:________________________
DAVID MCCRAW
JACKSON BUSCH
The New York Times Co.
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 556-4031
Fax: (212) 556-1009
mccraw@nytimes.com
jackson.busch@nytimes.com

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By:________________________
DOMINIKA TARCZYNSKA
Assistant United States Attorney
Southern District of New York
86 Chambers St., Third Floor
New York, NY 10007
Tel.: (212) 637-2748
Fax: (212) 637-3455
dominika.tarczynska@usdoj.gov

**SO ORDERED**

________________________
**LEWIS A. KAPLAN, USDJ**
**Dated: September 2, 2026**